# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WASHINGTON, | Case No. CV 17-02074 VAP (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SUZANNE PEERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: June 20, 2017

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE